THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE PIRONE, Respondent, v. POLICE COMMISSIONER OF THE CITY OF NEW YORK, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.—

We find on this record that the relator failed to establish conclusively that he was not present in the demanding State at the time of the commission of the alleged crime. In the absence of such conclusive proof, the extradition warrant must be honored and the relator

surrendered (*People ex rel. Higley* v. *Millspaw*, 281 N. Y. 441, 447; *People ex rel. Fong* v. *Honeck*, 253 N. Y. 536, and cases therein cited). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.